SM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
DEC 08 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
v. )
)
SABRINA CANALE )
) No. 22 CR 633-1
) Magistrate Judge Sheila M. Finnegan
)

## FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in the above-named cases on December 8, 2022 for and in consideration of bond being set by the Court for defendant SABRINA CANALE (the "defendant") in the amount of $300,000, being fully secured by real property, **MAURIZIO CANALE AND CONSTANTINA CANALE, GRANTOR(S)** hereby understand, warrant and agree:

1. **MAURIZIO CANALE AND CONSTANTINA CANALE** warrant that they are The sole record owners and titleholders of the real property located at 2070 Mallow Court, Hanover Park, Illinois 60133 described legally as follows:

LOT 5 IN BLOCK 4 IN MAYFAIR STATION UNIT 3 BEING A SUBDIVISION OF PART OF THE NORTHWEST 1/4 OF SECTION 13, TOWNSHIP 40 NORTH, RANGE 93, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEROF RECORDED SEPTEMBER 16, 1988 AS DOCUMENT R88-033649, IN DUPAGE COUNTY, ILLINOIS

Permanent Index Number: 01-13-104-005
(the "subject property")

2. **MAURIZIO CANALE AND CONSTANTINA CANALE** warrant that there are no outstanding mortgages against the subject property and that their equitable interest in the real

property equals at least $300,000.

3. **MAURIZIO CANALE AND CONSTANTINA CANALE** have received a copy of the Court's Order Setting Conditions of Release and understand its terms and conditions.

4. **MAURIZIO CANALE AND CONSTANTINA CANALE** understand and agree that the defendant will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendant surrenders to serve her sentence; (b) defendant is taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendant in its entirety; or (d) judgment is entered in defendant's favor.

5. **MAURIZIO CANALE AND CONSTANTINA CANALE** agree that public docket entries and filings in the above-captioned matter constitute adequate notice to the sureties of all judicial proceedings in the case. **MAURIZIO CANALE AND CONSTANTINA CANALE** understand that modifications to the Court's Order Setting Conditions of Release may occur and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, **MAURIZIO CANALE AND CONSTANTINA CANALE** waive any right to receive notice of judicial proceedings from the United States or the Court.

6. **MAURIZIO CANALE AND CONSTANTINA CANALE** understand and agree that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7. **MAURIZIO CANALE AND CONSTANTINA CANALE** agree that their equitable interest up to the amount of this bond in the above-described real property shall be forfeited to the United States of America should the defendant fail to appear as required by the

Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

8. **MAURIZIO CANALE AND CONSTANTINA CANALE** agree to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

9. **MAURIZIO CANALE AND CONSTANTINA CANALE** understand that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above-described deed and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

10. **MAURIZIO CANALE AND CONSTANTINA CANALE** understand and agree that, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, **MAURIZIO CANALE AND CONSTANTINA CANALE** will be liable to pay the difference between the bond amount of $300,000 and their equitable interest in the subject property, and **MAURIZIO CANALE AND CONSTANTINA CANALE** hereby agree to the entry of a default judgment against them for the amount of any such difference.

11. **MAURIZIO CANALE AND CONSTANTINA CANALE** agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

12. **MAURIZIO CANALE AND CONSTANTINA CANALE** understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant, they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury.

13. **MAURIZIO CANALE AND CONSTANTINA CANALE** agree that the United States shall file and record a copy of this Forfeiture Agreement with the DuPage County Recorder of Deeds as notice of encumbrance in the amount of the bond.

14. **MAURIZIO CANALE AND CONSTANTINA CANALE** hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct.

15. **MAURIZIO CANALE AND CONSTANTINA CANALE** understand and agree that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendant be revoked.

Date: 12/8/2022

**MAURIZIO CANALE**
Surety/Grantor

Date: 12.8-22

**CONSTANTINA CANALE**
Surety/Grantor

Date: 12/8/22

**WITNESS**

**Prepared by and Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604