| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS.: |
| COUNTY OF COOK | ) | |

FILED
JAN 31 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## JOINT AFFIDAVIT OF MAURICIO AND CONSTANTINA CANALE

1. Maurizio and Costantina Canale submit this joint affidavit regarding our daughter, Sabrina Canale, and her request for a new attorney.

2. When Sabrina was first arrested, we contacted Mr. Kevin Bolger to be Sabrina's attorney. Mr. Bolger required payment in the total amount of $60,000.00 to represent Sabrina, paid in installments.

3. Mr. Bolger has already been paid $20,000.00.

4. We can no longer afford to help Sabrina or pay Mr. Bolger any more money.

5. We have exhausted our family savings, have a mortgage, car payments, and other bills.

6. Unfortunately, because we can no longer help Sabrina, who is an adult, she needs an attorney.

We jointly ask the Court to allow Sabrina to discharge Mr. Bolger, because we are no longer able to financially help Sabrina, she has no income or any other property or car that she can use to pay Mr. Bolger.

We jointly ask the Court to allow Sabrina to discharge Mr. Bolger and assign Sabrina a new attorney.

_____
MAURIZIO CANALE

_____
COSTANTINA CANALE

Subscribed and sworn to before me this 13th day of January, 2023

_____
NOTARY PUBLIC

OFFICIAL SEAL
EMILIANO MENDOZA
NOTARY PUBLIC, STATE OF ILLINOIS
COOK COUNTY
MY COMMISSION EXPIRES 12/14/2024

1